UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EDWARD BISSAU MENDY, | Case No.: 2:22-cv-00569-APG-DJA |
|---|---|
| Plaintiff | **Amended Order** |
| v. | |
| JAMES MCKENZIE MORRISON, et al., | |
| Defendants | |

Plaintiff Edward Bissau Mendy moves for an emergency injunction to stop a boxing match scheduled for April 29, 2022 at the Virgin Hotel in Las Vegas. ECF No. 5.  Mendy asserts that the bout was scheduled in violation of his promotion contract with boxer James McKenzie Morrison.  He contends that if the fight proceeds and Morrison loses, it will impair the future value of Morrison as a fighter, and therefore diminish Mendy's returns as Morrison's promoter.

Mendy has not paid the court's filing fee or filed an application to proceed in forma pauperis.  Consequently, no summonses have been issued.  Mendy remains responsible for complying with Magistrate Judge Albregts' order to pay the filing fee or complete an in forma pauperis application by May 6, 2022.  Given that the fight is scheduled for April 29, 2022, I order Mendy to serve the defendants immediately and I set the matter for hearing.

I THEREFORE order plaintiff Edward Bissau Mendy to serve each of the defendants (either personally or through counsel with which Mendy has previously communicated) by email or hand delivery with the complaint, the emergency motion for temporary restraining order including all exhibits, and a copy of this order by **5:00 p.m. (PDT) on Tuesday, April 26, 2022**.  This service does not substitute for service of process required under the Federal Rules of Civil Procedure, but is required solely to give the defendants notice of the emergency motion.

I FURTHER ORDER that by **5:00 p.m. (PDT) on Wednesday, April 27, 2022**, plaintiff Edward Bissau Mendy shall file proof of service identifying whether each defendant was served, how, and when.

I FURTHER ORDER that any response to the motion for injunctive relief shall be filed by **5:00 p.m. (PDT) on Wednesday, April 27, 2022**.

I FURTHER ORDER that the motion for temporary restraining order (ECF No. 3) is set for hearing on **Thursday, April 28, 2022 at 3:00 p.m. (PDT)** by video conference. The courtroom administrator will provide counsel with the link to attend the video conference. Members of the public seeking access to this hearing must contact the courtroom administrator Melissa Johansen by email at Melissa_Johansen@nvd.uscourts.gov before the day of the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the Court.

Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

I FURTHER ORDER that **as a one-time courtesy** to the plaintiff due to the expedited hearing schedule, the clerk of court shall send a copy of this order to the plaintiff at the following email address: ebmendy@me.com.

DATED this 27th day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE