# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD BISSAU MENDY,

    Plaintiff

v.

JAMES MCKENZIE MORRISON, et al.,

    Defendants

Case No.: 2:22-cv-00569-APG-DJA

**Order**

    On September 1, 2022, plaintiff Edward Mendy was advised by the court that this action would be dismissed without prejudice unless by October 1, 2022, he either filed proper proof of service or showed good cause why such service was not timely made as to all defendants. ECF No. 20.  Mendy filed proof of service as to many of the defendants.[1] ECF No. 23.  Mendy also filed summonses returned unexecuted for defendants Ares Entertainment, Michael Abul, and Kevin Lightburn. ECF No. 24.  Mendy has not shown good cause why service was not timely made as to these unserved defendants.  He also has not requested additional time to serve them.  I therefore dismiss his claims against these defendants without prejudice for failure to timely serve them.

    I THEREFORE ORDER that plaintiff Edward Mendy's claims against defendants Ares Entertainment, Michael Abul, and Kevin Lightburn are DISMISSED without prejudice.

    DATED this 6th day of October, 2022.

                                                              ANDREW P. GORDON
                                                              UNITED STATES DISTRICT JUDGE

---

[1] I note that some of these appear to be improper methods of service, such as sending the summons through the mail.