# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Edward Bissau Mendy,

        Plaintiffs,

  v.

James McKenzie Morrison, et al.,

        Defendants.

Case No. 2:22-cv-00569-APG-DJA

**Order**

In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order.  Local Rule 26-1(a) requires that "[t]he pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears.  Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order."  Here, Defendant Joe Kelly filed an answer (ECF No. 25) on September 28, 2022.  To date, the parties have not filed a stipulated discovery plan and scheduling order.

      **IT IS THEREFORE ORDERED** that **within 14 days** from the date of this order, the parties must meet and confer as defined in Local Rule IA 1-3(f) and file a proposed discovery plan and scheduling order in compliance with Local Rule 26-1.

      DATED: April 10, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE