# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Edward Bissau Mendy, | Case No. 2:22-cv-00569-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| James McKenzie Morrison, et al., | |
| Defendants. | |

On April 10, 2023, the Court noted that the parties had not yet filed a proposed discovery plan and scheduling order. (ECF No. 30). It ordered the parties to meet and confer and file a proposed discovery plan and scheduling order in compliance with Local Rule 26-1 on or before April 24, 2023. To date, the parties have not filed a discovery plan and scheduling order. The Court will thus require the parties to show cause why the Court should not recommend dismissal of this action under Federal Rule of Civil Procedure 37(b)(2)(A). The parties must meet and confer and file a joint status report outlining their explanations for missing the Court's deadline for filing a discovery plan and why the Court should not recommend dismissal. Alternatively, the parties may file a discovery plan and scheduling order and, if so, need not file a joint status report.

///

///

///

**IT IS THEREFORE ORDERED** that the parties must show cause by filing a joint status report outlining their explanations for missing the Court's deadline for filing a discovery plan and why the Court should not recommend dismissal on or before **August 21, 2023**. Alternatively, the parties may file a discovery plan and scheduling order on or before **August 21, 2023**. Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

DATED: July 31, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE